SAM L. SIMON, Appellant, v. NEW YORK INDEMNITY COMPANY, INC., Respondent. — Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOSEPH STARK, Appellant, v. PETER STEINBERG, Doing Business as PROVIDENCE KNITTING MILLS, Respondent.— Order denying plaintiff's motion for an inspection of defendant's books affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

BURKE STONE, INC., Respondent, v. ANTON F. BAARSLAG, Appellant.— Order granting plaintiff's motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

SARAH A. WHEELER, Appellant, v. PETER W. FOY and Others, Respondents.— Order denying motion to resettle case on appeal affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

ELIZABETH WILLETTS, Respondent, v. FRANK WILLETTS, Appellant.— Order denying defendant's motion to strike out certain paragraphs of amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LOUIS WITTEN and Others, Appellants, v. BETTIE WITTEN and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich,. Manning, Young and Kapper, JJ.

In the Matter of the Application of LEO STURM, etc., for an Order Compelling and Directing WILLIAM J. DALTON, Mayor, and PETER J. DEVINE and Others, Composing the City Council of Long Beach, to Divide Election District No. 3 in the City of Long Beach into Three Election Districts.— While the court is in accord with the expressed desire of the applicant to facilitate the casting of the votes, and the canvass thereof, we think we should not, on the eve of a general election, assume to establish new election districts not established by the municipal authorities as required by the Election Law. No election officials have been appointed to act in such new districts. The machinery for conducting the election in such new districts is not in existence. The right of challenge would practically be nullified. Under the existing law the right of the elector to cast his ballot is preserved, so that if he be present at his polling place before the hour fixed for the closing of the polls his ballot must be received. The court was without authority to create new election districts at the time this application was presented. It follows that the order appealed from is reversed, and the motion denied, without costs. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

M. MORTON ANSORGE, Respondent, v. CORRINE P. KANE, Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.